FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 MAY -9 PM 3:06

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '19 - CV-01346
(To be supplied by the court)

Theresa Appleton, Walter Howard, D.H    Plaintiff

v.

| Kathryn M Novak |
| Kathryn M Novak INC. DBA Novak realty |

| Boulder County Combined Courts. |

Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The nammes of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT
## NOTICE

Federal Rule of Civil Procedure 5.2 addressed the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last

four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

| Theresa Appleton    150 wells st unit 536 Erie Weld, CO 80516 |
|---|
| (Name and complete mailing address) |
| 720-665-8051    Tma928@outlook.com |
| (Telephone number and e-mail address) |

| D. H. |
|---|
| (Name and complete mailing address) |
| |
| (Telephone number and e-mail address) |

| Walter Howard    150 wells St unit 536 Erie Weld, CO 80516 |
|---|
| (Name and complete mailing address) |
| 303-906-7980    Walterahoward1@icloud.com |
| (Telephone number and e-mail address) |

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

| Kathryn M Novak    3295 McClure Drive Erie Boulder, CO 80516 |
|---|
| (Name and complete mailing address) |
| 303-332-9122 |
| (Telephone number and e-mail address if known) |

| Kathryn M Novak INC. DBA Novak Realty 390 Interlocken Crescent Suit 316 Broomfield Broomfield, CO 80021 |
|---|
| (Name and complete mailing address) |
| 303-332-9122 |
| (Telephone number and e-mail address if known) |

| Boulder County Combined Courts P.O. Box 4249 Boulder Co. 80306 |
|---|

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claim arising under the Constitution, laws, or treaties of the United State)
List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.
The Fair Housing Act, 42 U.S.C. §§ 3601, et seq. ("FHA"), with a few limited exceptions, requires housing providers (including owners, managers, condominium associations, lenders, real estate agents, etc.) to make reasonable accommodations to allow assistance animals in housing, despite any "no-pet" policy that may exist. 24 C.F.R. § 100.204
42 U.S. Code § 3604 et seq. Discrimination in the sale or rental of housing and other prohibited practices.

☐ Diversity of citizenship pursuant to 28 U.S.C § 1332 (a matter between individual or corporate citizen of different states and the amount in controversy exceeds $75,000)

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right than allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

| Type of claim: | Housing |
|---|---|

| | |
|---|---|
| Claim 1 | 42 U.S.C. §§ 3601<br>24 C.F.R. § 100.204 |
| Claim 2 | 42 U.S. Code § 3604 et seq. Discrimination in the sale or rental of housing and other prohibited practices. |
| Supporting | Supporting facts:<br>Kathryn Novak - A failure to make a reasonable accommodation in "No-Pet" policy. A failure to make a reasonable accommodation is discrimination.<br>August 17th 2016, I, Theresa Appleton along with Walter Howard signed a lease to rent the home at 1696 Bain Dr. Erie, Co. The landlord is Kathryn Novak of Novak Realty. As we went over sections in the lease, I stopped her during the no pets policy. I began to tell her I maybe getting a service dog per my treatment and recommendation from my Dr. She had mentioned her allergies, and again to the no pets. So again in Oct of 2017 I called Kathryn Novak and I asked her if I could get a service animal. She told me I thought we already went over this and said no. I got my self a service dog anyway. On April 23rd Kathryn Novak found out about the service animal and the next day April 24th I had got a Demand for compliance. On May 5th 2017 I filed an answer with the court and they set another hearing date. May 10th I brought with me all of my medical documentation and proof from SSDI that I have a disability and also a Treatment letter from my Dr. saying a service animal would be beneficial for me. I asked the judge during the trail if he wanted to see my evidence, I didn't get an answer. See court transcripts.<br>During the end of the trial the Judge David Archeuleta of Boulder County Combined courts incorrectly applied the wrong use of ADA public accommodation when instead he should have used FHA reasonable accommodation, for private homes. As a result of this judgment my family has become homeless and suffered. We have lost out on housing opportunity due to the negative judgment from Kathryn Novak it posted on May 17th 2017 on my credit. We have suffered emotionally, loss of wages, lost job, loss of life's enjoyment, I was arrested and loss of personal property. I'm asking for relief that my family may have housing available immediately. That Kathryn Novak take classes that educated her on FHA and discrimination so she may never harm another family again.<br>I'm asking that Judge David Archeuleta take classes to educated him on the ADA and FHA laws so he never harms another innocent family again. |
| Request for relief: | Provide immediate relief from what defendant has subjected my family to. |
| Monetary damage: | Monetary relief in amount of 6,000,000.<br>Emotional suffering |

|  | <u>Loss of enjoyment of life</u><br><u>Loss of wages</u><br><u>Loss of job</u><br><u>Embarrassment</u><br><u>Credit Score diminished</u><br><u>Loss of Housing opportunity</u> |
|---|---|

### E. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identifies, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirement of Rule 11.

(Plaintiff's signature)
*[signature]*

(Date)

JS 44 (Rev. 06/17) District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Therese Appleton, Walter Howard

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff: Weld
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Boulder
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: NA

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | '1 | '1 | Incorporated *or* Principal Place of Business In This State | '4 | '4 |
| Citizen of Another State | '2 | '2 | Incorporated *and* Principal Place of Business In Another State | '5 | '5 |
| Citizen or Subject of a Foreign Country | '3 | '3 | Foreign Nation | '6 | '6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ' 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ' 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ' 423 Withdrawal 28 USC 157 | ' 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ' 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ' 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ' 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ' 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ' 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ' 350 Motor Vehicle / ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ' 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ' 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ' 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ' 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ' 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ' 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ' 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ' 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☒ 443 Housing/Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- '1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- '5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: ☐ AP Docket

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 6,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ' Yes  ' No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 5-9-19

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____